IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROBYN SPAINHOWARD as Administratrix of the Estate of MICHAEL ZENNIE DIAL II, deceased<br><br>    Plaintiff,<br><br>vs.<br><br>WHITE COUNTY, TENNESSEE,<br><br>    Defendant. | Case No. 2:18-cv-15<br>District Judge Crenshaw<br>Magistrate Judge Brown<br><br>JURY DEMAND |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Robyn Spainhoward as Administratrix of the Estate of Michael Zennie Dial II, and Defendant White County, Tennessee stipulate that all matters in dispute have been compromised and that this action is therefore dismissed with prejudice.

Jointly Submitted by:

**THE ORTALE KELLEY FIRM**

*/s/ Michael T. Schmitt*
Michael T. Schmitt, BPR #026573
*Attorney for White County, Tennessee*
330 Commerce Street, Suite 110
Nashville, TN 37201
mschmitt@ortalekelley.com
615-256-9999
615-726-1494 (facsimile)

*/s/ David J. Weissman*
David J. Weissman (BPR #25188)
Benjamin K. Raybin (BPR #029350)
Raybin & Weissman, P.C.
424 Church Street, Suite 2120
Nashville, Tennessee 37219
(615) 256-6666
DWeissman@NashvilleTNLaw.com
BRaybin@NashvilleTNLaw.com
*Counsel for the Plaintiff*

*/s/ Michael Shipman*
J. Michael Shipman, II (BPR #27535)
Shipman & Crim, PLLC
230 E. Broad Street, Suite 206C
Cookeville, Tennessee 38501
(615) 829-8259
michael@shipmancrim.com
*Counsel for the Plaintiff*